

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    *Wendy Marie Meigs v. Todd Zucker and Bohreer & Zucker LLP*

Appellate case number:    01-19-00321-CV

Trial court case number:    2017-73029

Trial court:    133rd District Court of Harris County

   After the en banc court denied her motion for en banc reconsideration, Appellant Wendy Marie Meigs filed a document entitled "Motion to Reinstate Case on Docket/Modify Dismissal Judgment." We hereby DENY the motion.

Justice's signature:  /s/ Gordon Goodman
         Acting for the Court

Panel consists of: Justices Goodman, Landau, and Hightower.


Date:  June 15, 2021